# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: *18-9094* |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| *Damon Harper* | : | ORDER OF RELEASE |
| | : | |

    The Court orders the defendant, _____, is ordered released on a personal recognizance bond with the following bail conditions:

    (1) Reporting, as directed, to U.S. Pretrial Services;

    (2) The defendant shall appear at all future court proceedings;

    (3) Submit to drug testing and treatment, as deemed necessary;

    (4) Other: _____

_____       _4/23/15_____
DEFENDANT                            DATE

    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____
DATE

    I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER